## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2539 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 196 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 202592 |
| | : | |
| | : | (Lackawanna County) |
| EDWARD JAMES KAUSHAS, 2nd, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2024, as the Petition for Issuance of a Rule to Show Cause, the Response to the Petition, and Petitioner's Reply suggest the existence of good faith issues of fact, which are material to the inquiry under Pa.R.D.E. 208(f)(8), the Rule is DISCHARGED, and Petitioner's request for summary disbarment is DENIED.